No. 98–8200.  RODRIGUEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–8202.  RAMIREZ *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 98–8206.  THOMPSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–8211.  HOLLOWAY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–8213.  HENRY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–8215.  FOWLER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–8216.  GONZALEZ-MONTOYA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 98–8217.  FONTENOT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 98–8219.  STAPLES *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 98–8220.  POWELL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–8223.  HOWELL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–8229.  BEAN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–8230.  BUTLER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–8233.  BORROME *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 98–878.  CULT AWARENESS NETWORK *v.* SCOTT.  C. A. 9th Cir.  Motion of American Family Foundation et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.